UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| AITZA MACHUCA, | : | |
| | : | Case No.: 26-02882-5-DMW |
| Debtor. | : | |
| | : | |

**RESPONSE TO TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 3**

Santander Bank, N.A., as servicer for Santander Consumer USA Inc. (the "Movant"), by and through undersigned counsel, hereby responds to the Trustee's Objection to Proof of Claim No. 3 (D.E. 14, filed August 25, 2026) (the "Objection"), and states as follows:

1. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B). This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 and the General Order of Reference entered by the United States District Court for the Eastern District of North Carolina.

2. On June 29, 2026 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code, commencing this case.

3. On June 22, 2026, the Debtor executed a Retail Installment Sale Contract (the "Contract") to purchase and finance a 2024 Jeep Grand Cherokee 4xe, Vehicle Identification Number 1C4RJYB60R8959496 (the "Collateral"). The Contract requires 75 monthly payments of $585.00 and bears interest at an annual percentage rate of 15.03%. The Debtor executed the Contract seven days before the Petition Date. A true and correct copy of the Contract was attached to Proof of Claim No. 3.

4. Movant timely filed Proof of Claim No. 3, asserting a secured claim in the amount of $27,442.87 as of the Petition Date. The current net payoff as of September 8, 2026, is $27,527.58. The Collateral is valued at $27,800.00.

5. The Debtor's Chapter 13 Plan (D.E. 2) was confirmed on September 3, 2026 (D.E. 16). Section 3.2 of the Plan treats Movant's claim as secured and provides for the Debtor to make direct monthly payments of $585.00.

6. The Trustee objects that Movant did not attach evidence of perfection of its security interest as required by Federal Rule of Bankruptcy Procedure 3001(d). The Trustee cites *In re Ramos*, Case No. 19-05039-5-SWH (Bankr. E.D.N.C. Feb. 14, 2020), for the proposition that an electronic title does not constitute evidence of perfection in this District.

7. Movant respectfully submits that its security interest in the Collateral is perfected. In connection with the purchase, a title application was submitted to the North Carolina Division of Motor Vehicles identifying Santander Consumer USA Inc. as the first lienholder and June 22, 2026, as the lien date. The title application was attached to Proof of Claim No. 3.

8. Movant has requested a paper certificate of title from the North Carolina Division of Motor Vehicles and anticipates receiving it within approximately three to five weeks. Upon receipt, Movant will promptly supplement Proof of Claim No. 3 with the paper certificate of title.

9. Movant therefore respectfully requests that the Court deny the Objection. Alternatively, Movant requests additional time to supplement Proof of Claim No. 3 with the paper certificate of title after it is received from the North Carolina Division of Motor Vehicles.

WHEREFORE, Movant respectfully requests that the Court deny the Trustee's Objection to Proof of Claim No. 3 or, alternatively, grant Movant additional time to supplement Proof of Claim No. 3 with the paper certificate of title upon receipt, together with such other and further relief as the Court deems just and proper.

Dated: September 9, 2026

WOMBLE BOND DICKINSON (US) LLP

By: /s/ Eudora F. S. Arthur
EUDORA F. S. ARTHUR
N.C. State Bar No. 59854
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2178
dorie.arthur@wbd-us.com

*Attorneys for Santander Bank, N.A., as servicer for Santander Consumer USA Inc.*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify as follows:

I am more than eighteen years of age and am employed by Womble Bond Dickinson (US) LLP.

On the date stated below, I served a copy of the foregoing Response to Trustee's Objection to Proof of Claim No. 3 by depositing it in the United States mail, first-class postage prepaid, addressed to:

Aitza Machuca
4478 Parsons Mill Drive
Castle Hayne, NC 28429
*Debtor*

On the same date, I served the foregoing Response to Trustee's Objection to Proof of Claim No. 3 through the Court's CM/ECF system on:

Joshua Hillin
*Attorney for Debtor*

Troy Staley
*Chapter 13 Trustee*

Brian C. Behr
*Bankruptcy Administrator*

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 9, 2026

WOMBLE BOND DICKINSON (US) LLP

By: */s/ Eudora F. S. Arthur*

EUDORA F. S. ARTHUR
N.C. State Bar No. 59854
555 Fayetteville St., Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2178
dorie.arthur@wbd-us.com
*Attorneys for Santander Bank, N.A., as servicer for Santander Consumer USA Inc.*